1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,          )    Case № 1:25-MJ-00050-1- BAM
                                        )
9                Plaintiff,             )              O R D E R
                                        )        APPOINTING COUNSEL
10             vs.                       )
                                        )
11   HELAN NOEL LOPEZ-SANCHEZ,           )
                                        )
12               Defendant.              )
     _____)

13

14         The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18         IT IS HEREBY ORDERED that Patrick S. Aguirre be appointed to represent the above

19   defendant in this case effective *nunc pro tunc* to May 27, 2025, in place of the Federal Defenders

20   Office.

21

22         This appointment shall remain in effect until further order of this court, or until the

23   pending criminal matter and any direct appeal is resolved, whichever is first.

24

25   DATED: 6/2/2025

26                                        _____
                                          *Sheila K. Oberto*
27                                        HON. SHEILA K. OBERTO
                                          United States Magistrate Judge

28

                                         -1-