ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00115-KES-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| HELAN LOPEZ-SANCHEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for January 28, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be continued to March 25, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2.      The parties are engaged in plea negotiations and have made positive progress towards resolution. However, the parties need to meet and confer in person further about the terms of an agreement. The parties have scheduled an in-person meeting for January 23, 2026. The parties believe approximately 60 days from that date will be sufficient for the parties to finalize terms, the Government

Stipulation                                                  1

to prepare a plea agreement, and for Defendant's counsel to review the plea and discuss it fully with Defendant.

3. By this stipulation, the parties now move to continue the status conference, and to exclude time from January 28, 2026 to March 25, 2026.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2026 to March 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

Stipulation                                        2

must commence.


Dated: January 16, 2026                              Respectfully submitted,

                                                     ERIC GRANT
                                                     United States Attorney


                                          By      /s/ Robert L. Veneman-Hughes
                                                  ROBERT L. VENEMAN-HUGHES
                                                  Assistant United States Attorney


Dated: January 16, 2026                           /s/ Jerry Lowe
                                                  JERRY LOWE
                                                  Attorney for Helan LOPEZ-SANCHEZ


ORDER

For the reasons set forth in the parties' stipulation, the status conference set for January 28, 2026 at 1:00 pm shall be continued to March 25, 2026 at 1:00 p.m. before the Honorable Erica P. Grosjean. Time is excluded for good cause as set forth above through and including the date of the status conference on March 25, 2026.


IT IS SO ORDERED.

Dated:    **January 20, 2026**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE


Stipulation                                  3