ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00115-KES-EPG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| HELAN LOPEZ-SANCHEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for March 25, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be continued to May 27, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. The parties are engaged in plea negotiations and have made positive progress towards resolution. As discussed in the last stipulation, the parties met and conferred in person about a potential plea agreement in February, with positive results. Based on that meeting, the Government is preparing a plea agreement which it will send to defendant by April 1, 2026, with an expiration date 30 days after transmission. While the parties believe the matter will resolve, should it not do so they will meet and

Stipulation

1

confer about trial dates prior to the May 27, 2026 status conference in order to set the matter for trial.

3.    By this stipulation, the parties now move to continue the status conference, and to exclude time from March 25, 2026 to May 27, 2026.

4.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b)    The government does not object to the continuance.

c)    An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2026 to May 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation

2

Dated: March 18, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney


                                    By    /s/ Robert L. Veneman-Hughes
                                         ROBERT L. VENEMAN-HUGHES
                                         Assistant United States Attorney


Dated: March 18, 2026                    /s/ Jerry Lowe
                                         JERRY LOWE
                                         Attorney for Helan LOPEZ-SANCHEZ


## **ORDER**

Based on the parties' stipulation, the status conference is continued from March 25, 2026, to **May 27, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:   **March 19, 2026**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation                            3