ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HELAN LOPEZ-SANCHEZ,<br>Defendants. | CASE NO. 1:25-CR-00115-KES-EPG<br>STIPULATION TO SET CHANGE OF PLEA |

The parties have reached a plea agreement, filed concurrently with this stipulation. Their joint request is to set the matter for change of plea on Monday, September 14, 2026. No exclusion of time is required as time has already been excluded until the next scheduled status conference on October 28, 2026.

Dated: September 9, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: September 9, 2026

/s/ Jerry Lowe
JERRY LOWE
Attorney for Helan LOPEZ-SANCHEZ

**ORDER**

IT IS SO ORDERED that the status conference set for October 28, 2026, is vacated. A change of plea hearing is set for **September 14, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **September 10, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE